**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK JESUS ODEN SR., | ) Case No. CV 14-9297-AG (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| RANDY GROUNDS, Warden, | ) |
| Respondent. | ) |

   Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

   IT IS HEREBY ADJUDGED that this action is summarily dismissed.

DATED: Dec 31, 2014

ANDREW GUILFORD
U.S. DISTRICT JUDGE